UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL CASE NO. |
| Plaintiff, | : | 3:93-CR-00240-JCH |
| | : | |
| v. | : | |
| | : | |
| NEIL JOHNSON, | : | |
| Defendant. | : | MAY 14, 2015 |

**ORDER**

Currently pending before the court is a Motion to Reduce Sentence – USSC Amendment 782 (Doc. No. 270) filed by the defendant through counsel. The defendant had previously also filed a Motion to Reduce Sentence pro se. The government's response to the original motion was filed prior to the Motion to Reduce Sentence filed by defendant's counsel. The government is **ORDERED** to supplement its response to the Presentence Investigation Report Addendum by filing a memorandum stating its position on the issue raised in the Motion to Reduce Sentence (Doc. No. 270): that in light of the particular circumstances of this case – namely, different drug quantity calculations by the original sentencing judge and the sentencing judge following the defendant's successful appeal – the court should consider the base offense level used by the sentencing court to be 32 and not 36. The memorandum shall be filed no later than June 4, 2015.

**SO ORDERED.**

Dated this 14th day of May, 2015, at New Haven, Connecticut.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge

1